UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MIGNON NYANFFOR,

                Plaintiff,

   - against -

CHARLES P. TYNDALL,

                Defendant.
------------------------------------------------------------X

**ORDER ADOPTING REPORT AND RECOMMENDATION**
12-CV-4586 (RRM) (VP)

ROSLYNN R. MAUSKOPF, United States District Judge.

On November 7, 2013, Magistrate Judge Pohorelsky held an evidentiary hearing regarding the contention of the plaintiff, who is now proceeding *pro se*, that her former attorneys, Harmon Linder & Rogowsky, are not entitled to any fee because they failed to provide proper representation in accordance with their retainer agreement with plaintiff. Magistrate Judge Pohorelsky made findings on the record and, on November 26, 2013, issued a Report and Recommendation ("R&R") recommending that the Court award these attorneys no compensation besides $914.90 for their out-of-pocket expenses. Magistrate Judge Pohoresky reminded the parties that, pursuant to Rule 72(b), any objections to the R&R were due within fourteen days of receiving it. The docket reflects that a copy of the R&R was mailed to plaintiff on December 2, 2013. No party has filed any objection.

Pursuant to 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72, the Court has reviewed the R&R for clear error and, finding none, concurs with the R&R in its entirety. *See Covey v. Simonton*, 481 F. Supp. 2d 224, 226 (E.D.N.Y. 2007). Accordingly, it is hereby ordered that the R&R is adopted in its entirety. Plaintiff shall pay the ordered sum from the proceeds of her anticipated settlement agreement with defendant in this case or, if the parties do not consummate settlement, from any recovery pursuant to a judgment in this case.

The Clerk of the Court is directed to mail a copy of this Order to *pro se* plaintiff at the address the docket lists for her.

SO ORDERED.

Dated: Brooklyn, New York
       February 7, 2014

*Roslynn R. Mauskopf*
_____
ROSLYNN R. MAUSKOPF
United States District Judge